IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID SCOTT GAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv577-MHT |
| | ) | (WO) |
| FEDERAL DEFENDER and | ) | |
| CECILIA VACA, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff, a federal inmate, brought a pro se complaint against his appointed counsel alleging that a breach of confidentiality led to his being attacked by another inmate. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed as frivolous and for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of October, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**