IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID SCOTT GAFFORD,        )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:17cv577-MHT
                            )              (WO)
FEDERAL DEFENDER and        )
CECILIA VACA,               )
                            )
    Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) Plaintiff's complaint (doc. no. 1) is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of October, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**